# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

March 3, 2022

**VIA CM/ECF**
Honorable Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1506
New York, NY 10007

    Re: Girotto v. Etro U.S.A., Inc., et al.
       Case 1:21-cv-10105-RA

Dear Judge Abrams:

  The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for March 10, 2022, at 10:00 a.m., in your Honor's Courtroom. However, the Defendant has not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 6]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendant to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

  Thank you for your consideration of this first adjournment request.

                Sincerely,

                By: /S/   B. Bradley Weitz
                  B. Bradley Weitz, Esq. (BW9365)
                  THE WEITZ LAW FIRM, P.A.
                  Attorney for Plaintiff
                  Bank of America Building
                  18305 Biscayne Blvd., Suite 214
                  Aventura, Florida 33160
                  Telephone: (305) 949-7777
                  Facsimile:  (305) 704-3877
                  Email: bbw@weitzfirm.com

---

Application granted.

The initial conference is hereby adjourned to April 15, 2022 at 10:15 a.m. This conference will be held via telephone. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

The parties' joint letter shall be filed on or before April 8, 2022.

SO ORDERED.

_____
Hon. Ronnie Abrams
03/04/2022