**LAW FIRM OF ALEXANDER D. TRIPP, P.C.**

928 Broadway, Suite 1000
New York, New York 10010
tel. 646-484-8554 • fax 212-301-7154
tripp@adtlawfirm.com

April 11, 2022

**By ECF**
Hon. Ronnie Abrams, USDJ
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: **Girotto v. Etro U.S.A; Civil Case No. 21-cv-10105-RA**

Dear Judge Abrams:

This firm represents defendant, Etro U.S.A., Inc., in the above-captioned action.

I write with the consent of plaintiff's counsel to request an adjournment of the initial conference in this matter.

After defendant was notified last week by the New York Secretary of State of the summons and complaint served in this action, I immediately contacted plaintiff's counsel to discuss a resolution of the dispute. Plaintiff's counsel consented to this request for an adjournment and has agreed to engage in settlement discussions.

In light of the nature of the dispute, the recent notification to defendant of the action, and the parties' desire to engage in settlement discussions, defendant respectfully requests an adjournment of the initial conference to May 16, 2022, or to a suitable date thereafter.

This is defendant's first request for an adjournment.

Respectfully,

*[signature]*

Alexander Tripp

---

Application granted.

The initial conference scheduled for April 15, 2022 is hereby adjourned to May 20, 2022 at 11:30 a.m. Unless the parties request otherwise, the Court will hold this conference by telephone. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

The parties shall submit their joint letter by no later than May 13, 2022.

SO ORDERED.

*[signature]*

Hon. Ronnie Abrams
04/12/2022